IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WILLIAM PUGH,

    Petitioner,               No. CIV S-09-2484 FCD CMK (TEMP) P

    vs.

S. SALINAS, Acting Warden,

    Respondent.            FINDINGS AND RECOMMENDATIONS

_____/

       A recent court order was served on petitioner's address of record and returned by the postal service. It appears that petitioner has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change.

       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for petitioner's failure to keep the court apprised of his current address. See Local Rules 182(f) and 110.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1

1 | specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
2 | F.2d 1153 (9th Cir. 1991).

  DATED: March 10, 2011

                                         /s/ Craig M. Kellison
                               **CRAIG M. KELLISON**
                               UNITED STATES MAGISTRATE JUDGE

kc
pugh2484.133a